IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PCH MUT. INS. CO., INC., | * |
| Plaintiff, | * |
| v. | *   Case No. |
| CASUALTY & SURETY, INC., | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for Casualty & Surety, Inc., certify that to the best of my knowledge and belief, that there are no parent companies, subsidiaries or affiliates of Casualty & Surety, Inc. which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

> /s/
> James M. Connolly (Bar No. 455140)
> *KRAMER & CONNOLLY*
> 500 Redland Court, Suite 211
> Owings Mills, Maryland 21117
> Tel: (410) 581-0070
> Fax: (410) 581-1524
> *Counsel for Defendant Casualty & Surety, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 19, 2008, a copy of the foregoing was mailed first class, postage prepaid, to: Robert H. Myers, Jr., Esquire, *Morris, Manning & Martin, LLP*, 1401 H Street, N.W., Suite 760, Washington, D.C. 20005.

> /s/
> James M. Connolly