IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PCH MUTUAL INSURANCE COMPANY, INC. | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 08-CV-0282 (CKK) |
| v. | ) ) | |
| CASUALTY & SURETY, INC., | ) ) | |
| Defendant. | ) ) ) | |

CERTIFICATE REQUIRED BY LCvR 7.1

I, the undersigned, counsel of record for PCH Mutual Insurance, Co., certify that to the best of my knowledge and belief, that there are no parent companies, subsidiaries or affiliates of PCH Mutual Insurance, Co. which have any outstanding securities in the hands of the public.

This representation is made in order that judges of this court may determine the need for recusal.

                                                      /s/
                                    Robert H. Myers, Jr.
                                    D.C. Bar No. 179242
                                    MORRIS, MANNING & MARTIN, LLP
                                    1401 H Street NW
                                    Suite 760
                                    Washington, D.C. 20005
                                    Tel: (202) 898-0011
                                    Fax: (202) 408-5146

                                    Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that I have on February 25, 2008, served a true and correct copy of the within and foregoing "Certificate Required by LCvR 7.1" upon:

> James M. Connolly
> Kramer & Connolly
> 500 Redland Court, Suite 211
> Owings Mills, MD 21117

by having a copy of same mailed via the U.S. Mail, properly addressed and with postage prepaid.

_____/s/_____
Robert H. Myers, Jr.