IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PCH MUTUAL INSURANCE COMPANY, INC. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 08-CV-0282-CKK<br>) |
| CASUALTY & SURETY, INC., | )<br>) |
| Defendant. | )<br>)<br>) |

## MOTION TO APPEAR PRO HAC VICE

COMES NOW, pursuant to LCvR 83.2(d), the Petitioner, Robert H. Myers, Jr., and respectfully moves the Court to admit to practice before this Court pro hac vice Lewis E. Hassett, Esq. of the law firm of Morris, Manning and Martin, L.L.P., 1600 Atlanta Financial Center, 3343 Peachtree Road, Atlanta, Georgia 30326, as counsel for Plaintiff, PCH Mutual Insurance Company, Inc., in the above-captioned matter.

In support of this Motion, Petitioner respectfully shows this Court as follows:

1. Lewis E. Hassett, Esq. is authorized to practice before the following courts: United States District Court Northern District of Georgia, Georgia Court of Appeals, Georgia Supreme Court, and the United States Court of Appeals, Eleventh Circuit. He is also a member in good standing of the Georgia State Bar. Attached hereto is an Affidavit of Lewis E. Hassett, Esq.

2. Lewis E. Hassett, Esq. seeks admission to this Court only for purposes of this case and is familiar with the facts, law, and procedure relating thereto.

WHEREFORE, Petitioner moves this Court for the admission pro hac vice of Lewis E. Hassett, Esq. to participate as counsel for Plaintiff, PCH Mutual Insurance Company, Inc., in the above-captioned matter.

Respectfully submitted,

/s/
Robert H. Myers, Jr.
D.C. Bar No. 179242
MORRIS, MANNING & MARTIN, LLP
1401 H Street NW
Suite 760
Washington, D.C. 20005
Tel: (202) 898-0011
Fax: (202) 408-5146

Attorney for PCH Mutual Insurance Company, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PCH MUTUAL INSURANCE COMPANY, INC. <br><br> Plaintiff, <br><br> v. <br><br> CASUALTY & SURETY, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 08-CV-0282-CKK <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### AFFIDAVIT OF LEWIS E. HASSETT

Personally appeared before the undersigned attesting officer, duly authorized to administer oaths, Lewis Eric Hassett, the subscriber who, being sworn on oath states that he is over the age of eighteen (18) years, has personal knowledge of the facts set forth in this Affidavit and makes this Affidavit for all purposes authorized by law.

1. My full name is Lewis Eric Hassett.

2. I am a partner in the law firm of Morris, Manning & Martin, LLP, with offices at 1600 Atlanta Financial Center, 3343 Peachtree Street NE, Atlanta, Georgia 30326. My telephone number is (404) 233-7000.

3. I am admitted to and am a member in good standing of the Bar of the State of Georgia (Bar No. 336140).

4. I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not practice from an office in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership pending.

.       For the reasons stated above, I believe that good cause for my admission *pro hac vice* has been demonstrated.

FURTHER AFFIANT SAYETH NAUGHT.

LEWIS E. HASSETT

Sworn to an subscribed before me
This 3rd day of March, 2008.

Notary Public

My commission expires: Oct. 29, 2011

(NOTARIAL SEAL)

Stacey Y. Taylor
Notary Public, Gwinnett County, Georgia
My Commission Expires Oct. 29, 2011

2