IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PCH MUTUAL INSURANCE COMPANY, INC. | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 08-CV-0282-CKK |
| v. | ) ) | |
| CASUALTY & SURETY, INC., | ) ) | |
| Defendant. | ) ) ) | |

DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, PCH Mutual Insurance Company, Inc., and hereby demands a trial by jury on all issues so triable.

This 9th of March, 2008.

                                                 /s/
                                       Robert H. Myers, Jr.
                                       D.C. Bar No. 179242
                                       MORRIS, MANNING & MARTIN, LLP
                                       1401 H Street NW
                                       Suite 760
                                       Washington, D.C. 20005
                                       Tel: (202) 898-0011
                                       Fax: (202) 408-5146

                                       Attorney for PCH Mutual Insurance Company, Inc.