IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PCH MUTUAL INSURANCE COMPANY, INC. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 08-CV-0282-CKK ) ) |
| CASUALTY & SURETY, INC., | ) ) |
| Defendant. | ) ) ) |

## CERTIFICATION OF LEWIS E. HASSETT

Pursuant to the Judge's Minute Order entered on March 4, 2008 and as a condition of my

Pro Hac Vice admission, I hereby certify that I am familiar with the local rules of this court.

LEWIS E. HASSETT

Sworn to an subscribed before me
This  10th  day of  March , 2008.

Notary Public

My commission expires:  Oct. 29, 2011

(NOTARIAL SEAL)

Stacey Y. Taylor
Notary Public, Gwinnett County, Georgia
My Commission Expires Oct. 29, 2011

#1909892