IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PCH MUTUAL INSURANCE COMPANY, INC. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 08-CV-0282-CKK<br>) |
| CASUALTY & SURETY, INC., | )<br>)<br>) |
| Defendant. | )<br>) |

## REPLY TO COUNTERCLAIM

COMES NOW Plaintiff, PCH Mutual Insurance Company, Inc. ( "PCH Mutual"), and respectfully sets forth its Reply to Counterclaim in this matter as follows:

PCH Mutual incorporates by this reference all allegations of its Complaint in the above-styled adversary proceeding:

## ANSWER

1. PCH Mutual admits the averments in paragraph 1 of the Counterclaim.

2. In response to paragraph 2 of the Counterclaim, PCH Mutual admits that, by its terms, the Administrative Services Agreement ("Agreement") expires on March 31, 2014, unless otherwise terminated pursuant to the terms of the Agreement. Except as expressly admitted herein, PCH Mutual denies the averments in paragraph 2 of the Counterclaim.

3. PCH Mutual admits the averments in paragraph 3 of the Counterclaim.

## COUNTERCLAIM I- BREACH OF CONTRACT

4. In response to the allegations of paragraph 4 of the Counterclaim, PCH Mutual incorporates by reference its responses to paragraphs 1 through 3 of the Counterclaim.

5. PCH denies the averments in paragraph 5 of the Counterclaim.

6. PCH denies the averments in paragraph 6 of the Counterclaim. PCH also states that paragraph 6 of the Counterclaim only sets forth legal conclusions.

7. PCH denies the averments in paragraph 7 and subparagraphs A through F of paragraph 7.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

Defendant's Counterclaim, and each and every paragraph therein, fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

Defendant's Counterclaim is barred by the doctrine of unclean hands and Defendant's wrongful conduct.

### THIRD DEFENSE

Defendant's Counterclaim should be dismissed because PCH Mutual, at all times, complied with applicable laws, acted reasonably, and acted in good faith.

### FOURTH DEFENSE

To the extent that Defendant seeks damages in excess of those allowed by applicable law, such damages are barred.

### FIFTH DEFENSE

Defendant's Counterclaim is barred by its own abandonment of its contractual duties.

### SIXTH DEFENSE

Defendant's Counterclaim is barred by estoppel, laches, consent and waiver.

**SEVENTH DEFENSE**

Defendant's Counterclaim is barred by illegality.

**EIGHTH DEFENSE**

PCH Mutual denies it has committed any conduct that entitles Defendant to recover punitive damages.

**NINTH DEFENSE**

An award of punitive or exemplary damages against PCH Mutual would violate certain provisions of the Constitution of the United States, including, but not limited to, the following: Article I, Section 8 of the United States Constitution and the Fourth, Fifth, Sixth and Fourteenth Amendments to that Constitution.

**TENTH DEFENSE**

The award of punitive damages to the Plaintiff in this action would constitute a deprivation of property without due process of law required under the Fifth and Fourteenth Amendments of the United States Constitution.

WHEREFORE, PCH Mutual prays that judgment be entered in its favor on the Counterclaim and that it be awarded its reasonable attorneys' fees and costs in defending this action, plus such further relief as the Court deems proper and just.

PCH MUTUAL DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.

This 12th day of March, 2008.

                                                /s/
                                  Robert H. Myers, Jr.
D.C. Bar No. 179242
MORRIS, MANNING & MARTIN, LLP
1401 H Street NW
Suite 760
Washington, D.C. 20005
Tel: (202) 898-0011
Fax: (202) 408-5146

Attorney for PCH Mutual Insurance Company, Inc.