IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PCH MUTUAL INSURANCE COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CASUALTY & SURETY, INC.,<br><br>Defendant. | Civil Action No. 08-CV-0282-CKK |

## CONSENT APPLICATION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS

COMES NOW the plaintiff, PCH Mutual Insurance Company, Inc. ("PCH Mutual"), and hereby applies to this Court for an Order extending through April 7, 2008, the time within which it may respond to Defendant's Motion to Compel Arbitration and Stay Proceedings (the "Arbitration Motion"), showing the Court as follows:

1. The issues presented by the Arbitration Motion are complex.

2. Lead litigation counsel for PCH Mutual will be out of the state between March 16, 2008 and March 21, 2008, inclusive.

3. PCH Mutual's response to the Arbitration Motion currently is due on Monday, March 17, 2008, so this Application is made before the expiration of the time allowed to respond to the Arbitration Motion.

4. This is the first extension of time requested with respect to the Arbitration Motion.

5. PCH Mutual's counsel has conferred with counsel for defendant, and defense counsel has consented to this extension.

1911919 v1

WHEREFORE, PCH Mutual prays that the Court extend through April 7, 2008, the deadline for PCH Mutual to respond to the Arbitration Motion.

This 13th day of March, 2008

                                                                               MORRIS, MANNING & MARTIN, L.L.P.

                                                                               /s/
                                                                 Lewis E. Hassett
                                                               Georgia Bar No. 336140
                                                               *Admitted Pro Hac Vice 03/04/2008*

                                                               Attorney for Plaintiff PCH Mutual Insurance Company, Inc.

1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
Phone: 404-233-7000
Fax: 404-365-9532

CONSENTED TO:

KRAMER & CONNOLLY

               /s/
James M. Connolly
Bar No. 455140

Attorney for Defendant Casualty & Surety, Inc.

500 Redland Court
Suite 211
Owings Mills, Maryland 21117
Phone: 410-581-0070
Fax: 410-581-1524

2

1911919 v1