IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PCH MUTUAL INSURANCE CO., INC., | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:08-cv-00282 CKK |
| CASUALTY & SURETY, INC., | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Petitioner James M. Connolly, pursuant to LCvR 83.2(d), respectfully moves to admit to practice before this Court *pro hac vice* Alton Blackwell Parker, Jr., Esquire of the law firm of *Spain & Gillon, L.L.C.*, as lead counsel for Defendant Casualty & Surety, Inc. in the above-captioned matter.

In support of this Motion, Petitioner respectfully shows this Court as follows:

1. Alton Blackwell Parker, Jr., Esquire is authorized to practice before the United States Supreme Court, the Alabama Supreme Court, and the Eleventh Circuit Court of Appeals. He is a member in good standing of the Alabama State Bar. Attached hereto is an Affidavit of Alton Blackwell Parker, Jr., Esquire.

2. Mr. Parker seeks admission to this Court only for purposes of this case and is familiar with the facts, law, and procedure relating thereto.

WHEREFORE, Petitioner moves this Court for the admission *pro hac vice* of Alton Blackwell Parker, Jr., Esquire to participate as counsel for Defendant Casualty & Surety Inc. in the above-captioned matter.

/s/
James M. Connolly (D.C. Bar No. 455140)
KRAMER & CONNOLLY
500 Redland Court, Suite 211
Owings Mills, Maryland 21117
Tel: (410) 581-0070
Fax: (410) 581-1524
jmc@kramerslaw.com
*Counsel for Defendant Casualty & Surety, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PCH MUTUAL INSURANCE CO., INC.,     *

        Plaintiff,     *

v.     *   Case No.: 1:08-cv-00282 CKK

CASUALTY & SURETY, INC.,     *

        Defendant.     *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF ALTON BLACKWELL PARKER, JR.

Personally appeared before the undersigned attesting officer, duly authorized to administer oaths, Alton Blackwell Parker, Jr., the subscriber who, being sworn on oath states that he is over the age of eighteen (18) years, has personal knowledge of the facts set forth in this Affidavit, and makes this Affidavit for all purposes authorized by law.

1. My full name is Alton Blackwell Parker, Jr.

2. I am a senior partner in the law firm of Spain & Gillon, L.L.C., with offices at The Zinszer Building, 2117 Second Avenue North, Birmingham, Alabama 35203. My telephone number is (205) 581-6212. My fax number is (205) 324-8866. My e-mail address is abp@spain-gillon.com

3. I am admitted to and am a member in good standing of the Bar of the State of Alabama. In addition, I am admitted to practice before the United States Supreme Court, the Alabama Supreme Court, and the Eleventh Circuit Court of Appeals.

4. I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not practice from an office in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership pending.

7. I further certify that I am familiar with the Local Rules of this Court.

For the reasons stated above, I believe that good cause for my admission *pro hac vice* has been demonstrated.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Alton Blackwell Parker, Jr.

Sworn to and subscribed before me this 1st day of April, 2008.

_____
Notary Public

My commission expires: 12/29/2009              (NOTARIAL SEAL)

2