IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PCH MUTUAL INS. CO. INC., | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:08-cv-00282 CKK |
| | | [Judge Colleen Kollar-Kotelly] |
| CASUALTY & SURETY, INC. | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION TO EXTEND THE TIME TO REPLY TO THE OPPOSITION TO THE MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

Defendant Casualty & Surety, Inc. ("CSI"), by its undersigned counsel, hereby requests that this Court enter an Order extending through Friday, April 18, 2008, the time within which CSI may reply to Plaintiff PCH Mutual Insurance Company, Inc.'s ("PCH") Opposition to the Motion to Compel Arbitration and Stay Proceedings. In support of this Motion, CSI states as follows:

1. That on Monday, April 7, 2008, PCH filed its Opposition to the Motion to Compel Arbitration and Stay Proceedings.

2. That granting an extension in time for CSI to reply to the Opposition will permit counsel the opportunity to more fully address the issues set forth in the Opposition.

3. That counsel for PCH consents to the relief requested in this Motion.

WHEREFORE, Defendant Casualty & Surety, Inc. respectfully requests that this Court grant the foregoing Consent Motion to Extend the Time to Reply to the Opposition to the Motion

to Compel Arbitration and Stay Proceedings.

/s/
James M. Connolly (Bar No. 455140)
*KRAMER & CONNOLLY*
500 Redland Court, Suite 211
Owings Mills, Maryland 21117
Tel.: (410) 581-0070
Fax: (410) 581-1524
jmc@kramerslaw.com
*Counsel for Defendant Casualty & Surety, Inc.*

CONSENTED TO:

/s/
Lewis E. Hasset (GA Bar No. 336140 – *Admitted Pro Hac Vice 03/04/2008*)
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
Tel.: (404) 233-27000
Fax: (404) 365-9532
leh@mmmlaw.com
*Counsel for Plaintiff PCH Mutual Insurance Company, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 9, 2008, a copy of the foregoing was mailed first class, postage prepaid, to:

>Jarrod B. Bazemore, Esquire
>Alton B. Parker, Jr., Esquire
>*Spain & Gillon, L.L.C.*
>The Zinszer Building
>2117 Second Avenue North
>Birmingham, Alabama 35203

/s/
James M. Connolly

E:\OFFICE\CASES\250-001\stipulation & order to extend time.wpd