IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PCH MUTUAL INS. CO. INC., | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:08-cv-00282 CKK |
| | | [Judge Colleen Kollar-Kotelly] |
| CASUALTY & SURETY, INC. | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION FOR ADDITIONAL TIME TO REPLY TO THE OPPOSITION TO THE MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

Defendant Casualty & Surety, Inc. ("CSI"), by its undersigned counsel, hereby submits this Consent Motion for Additional Time to Reply to the Opposition to the Motion to Compel Arbitration and Stay Proceedings. CSI respectfully requests that the time within which CSI may reply to Plaintiff PCH Mutual Insurance Company, Inc.'s ("PCH") Opposition to the Motion to Compel Arbitration and Stay Proceedings be extended through Friday, April 25, 2008. In support of this Motion, CSI states as follows:

1. That on Monday, April 7, 2008, PCH filed its Opposition to the Motion to Compel Arbitration and Stay Proceedings.

2. That CSI is engaging other counsel to represent it in this matter and anticipates that such counsel shall enter his appearance shortly and shall prepare and file this Reply on or before Friday, April 25, 2008.

3. That granting this additional extension in time will not delay or interfere with any existing deadlines or events in this matter.

4. That counsel for PCH consents to the relief requested in this Motion.

WHEREFORE, Defendant Casualty & Surety, Inc. respectfully requests that this Court grant the foregoing Consent Motion for Additional Time to Reply to the Opposition to the Motion to Compel Arbitration and Stay Proceedings.

/s/
James M. Connolly (Bar No. 455140)
*KRAMER & CONNOLLY*
500 Redland Court, Suite 211
Owings Mills, Maryland 21117
Tel.: (410) 581-0070
Fax: (410) 581-1524
jmc@kramerslaw.com
*Counsel for Defendant Casualty & Surety, Inc.*

CONSENTED TO:

/s/
Lewis E. Hasset (GA Bar No. 336140 – *Admitted Pro Hac Vice 03/04/2008*)
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
Tel.: (404) 233-27000
Fax: (404) 365-9532
leh@mmmlaw.com
*Counsel for Plaintiff PCH Mutual Insurance Company, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 17, 2008, a copy of the foregoing was mailed first class, postage prepaid, to:

Jarrod B. Bazemore, Esquire
Alton B. Parker, Jr., Esquire
*Spain & Gillon, L.L.C.*
The Zinszer Building
2117 Second Avenue North
Birmingham, Alabama 35203

/s/
James M. Connolly

E:\OFFICE\CASES\250-001\consent motion for add'l time.wpd