IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *In re*: | : |
| PCH MUTUAL INSURANCE COMPANY, | : |
| **Plaintiff,** | : |
| versus | : Case No.: 1:08cv00282(CKK) |
| CASUALTY & INSURANCE COMPANY, | : |
| **Defendant.** | : |

*PRAECIPE AND NOTICE OF ENTRY OF APPEARANCE*

Dear Madam Clerk:

Kindly enter the appearance of Joseph Peter Drennan, undersigned, *qua* attorney and counsellor, *in praesenti,* for your defendant in respect of the within-encaptioned matter.

Thank you for your attention and courtesies.

Respectfully submitted,

 /s/ Joseph Peter Drennan
**JOSEPH PETER DRENNAN**
218 North Lee Street
Third Floor
Alexandria, Virginia 22314
Telephone: (703) 519-3773
Telecopier: (703) 548-4399
E-mail: joseph@josephpeterdrennan.com
District of Columbia Unified Bar No. 358196

ATTORNEY AND COUNSELLOR,
 *IN PRAESENTI,* FOR CASUALTY &
 INSURANCE COMPANY

## *CERTFICIATE OF SERVICE*

    I, Joseph Peter Drennan, undersigned, hereby and herewith certify that, on this 18th day of the month of April, 2008, a true cyclostyled facsimile of the foregoing was despatched by carriage of First Class Post, through the United States Postal Service, with adequate postage prepaid thereon, enshrouded in a suitable wrapper, unto:


James M. Connolly, Esquire
Kramer & Connolly
500 Redland Court
Suite 211
Owings Mills, Maryland 21117;

Lewis E. Hassett, Esquire
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326; &

Jarrod B. Bazemore, Esquire
Alton B. Parker, Jr., Esquire
Spain & Gillon, L.L.C.
The Zinszer Building
2117 Second Avenue North
Birmingham, Alabama 35203.

                                          Respectfully submitted,

                                           /s/ Joseph Peter Drennan
                                          **JOSEPH PETER DRENNAN**