IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PCH MUTUAL INSURANCE COMPANY, INC. | )<br>)<br>)<br>) |
| Plaintiff/Counter-Defendant, | )<br>) |
| v. | ) Civil Action No. 08-CV-0282-CKK<br>)<br>) |
| CASUALTY & SURETY, INC., | )<br>) |
| Defendant/Counter-Claimant. | )<br>)<br>) |

**JOINT FED. R. CIV. P. RULE 26(f), LCvR 16.3 REPORT**

1. Pursuant to Fed. R. Civ. P. 26(f) and LCvR 16.3, counsel for both parties conferred on April 22, 2008, to:

   a. Discuss the matters set forth in LCvR 16.3(c).

   b. Arrange for disclosures required by Fed. R. Civ. P. Rule 26(a)(1); and

   c. Develop a discovery plan stating the parties' views and proposals.

2. Rule 16(b) Conference: The Court has not set a Scheduling Conference.

3. Brief Summary of Dispute: Plaintiff is a risk retention group domiciled in the District of Columbia, and Defendant is an insurance brokerage firm domiciled in Alabama. Plaintiff and Defendant entered into an Administrative Services Agreement (the "Agreement"), under which Defendant was to perform certain services. Plaintiff subsequently terminated the Agreement and filed this suit. Plaintiff alleges that Defendant breached the Agreement, breached its fiduciary duty, and was unjustly enriched. Defendant's counterclaim alleges breach of contract.

4. <u>Dispositive Motions</u>:  Defendant has moved to compel arbitration and to stay this case.  While not dispositive on the merits, if granted, the motion would impact profoundly the adjudicative process.  If mandatory arbitration is denied, both parties contemplate filing motions for summary judgment at the conclusion of discovery.

5. <u>Joinder of Parties/Amendment of Pleadings</u>: The parties propose that the Court require joinder of other parties and amendment of pleadings no later than May 31, 2008.

6. <u>Facts or Legal Issues</u>: The parties agree that the facts and legal issues cannot be narrowed at this time.

7. <u>Assignment to Magistrate Judge</u>: The parties do not consent to the jurisdiction of and entry of judgment by the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

8. <u>Settlement</u>: The parties agree that there is some possibility of settling the case.

9. <u>Alternative Dispute Resolution ("ADR")</u>: While Plaintiff believes ADR may be beneficial after discovery, Defendant believes ADR may be beneficial immediately.

10. <u>Summary Judgment/Motions to Dismiss</u>: The parties agree that Motions for Summary Judgment may resolve this dispute or narrow triable issues.  The parties propose the following deadlines for filings related to Motions for Summary Judgment or Motions to Dismiss:

    a. *Motions for Summary Judgment*:  within thirty (30) days of close of discovery.

    b. *Oppositions to Motion for Summary Judgment*:  within twenty (20) days of service of the motion for summary judgment.

    c. *Reply to Opposition to Motion for Summary Judgment*:  within ten (10) days of service of the opposition to summary judgment.

11. Initial Disclosures: The parties will exchange discovery disclosures required by Fed. R. Civ. P. 26(a)(1) by May 12, 2008.

12. Discovery Requests: The parties agree that the discovery period will last six (6) months from the date of the Fed. R. Civ. P. 26(f), LCvR 16.3 conference and will be completed by October 22, 2008.  The parties agree to not limit discovery beyond the limitations set forth in the Federal Rules of Civil Procedure and Local Civil Rules, although either party may move at any time for additional limits.  The parties agree to produce all documents other than Microsoft Office Excel documents in Portable Document Format (.pdf), Tagged Image File Format (.tiff), or printed copies.  The parties agree to produce Microsoft Office Excel documents in Microsoft Office Excel format (.xls).

13. Expert Witnesses: The parties agree to not modify the requirement of exchange of expert witness reports and information pursuant to Fed. R. Civ. P. 26(a)(2).

14. Bifurcation or Management of Trial and Discovery: The parties agree that the trial and discovery should not be bifurcated or managed in phases.

15. Pretrial Conference:  The parties propose that the Court set the pretrial conference no earlier than four (4) months from the close of discovery.

16. Trial: The parties request that the Court set a trial date at the pretrial conference.

[Signatures commence on the following page]

1973482 v02

This ___ day of May, 2008.

Respectfully submitted,

| | |
|---|---|
| MORRIS, MANNING & MARTIN, L.L.P. | /s/<br>Joseph Peter Drennan |
| /s/<br>Robert H. Myers, Jr.<br>D.C. Bar No. 179242<br>1401 H Street NW<br>Suite 760<br>Washington, D.C. 20005<br>Tel: 202-898-0011<br>Fax: 202-408-5146<br>rmyers@mmmlaw.com | D.C. Bar Unified Bar No. 358196<br>218 North Lee Street<br>Third Floor<br>Alexandria, Virginia 22314<br>Tel: 703-519-3773<br>Fax: 703-548-4399<br>joseph@josephpeterdrennan.com |
| /s/<br>Lewis E. Hassett<br>Georgia Bar No. 336140<br>Admitted *Pro Hac Vice* 03/04/2008<br>1600 Atlanta Financial Center<br>3343 Peachtree Road, N.E.<br>Atlanta, Georgia 30326<br>Tel: 404-233-7000<br>Fax: 404-365-9532<br>lhassett@mmmlaw.com | /s/<br>Jarrod B. Bazemore<br>Admitted *Pro Hac Vice* 04/01/2008<br>Alton B. Parker, Jr.<br>Admitted *Pro Hac Vice* 04/01/2008<br>SPAIN & GILLON, L.L.C.<br>The Zinszer Building<br>2117 Second Avenue North<br>Birmingham, Alabama 35203<br>Tel: 205-581-6235<br>Fax: 205-324-8866<br>JBB@spain-gillon.com |
| *Attorneys for Plaintiff/Counter-Defendant PCH Mutual Insurance Company, Inc.* | *Attorneys for Defendant/Counter-Plaintiff Casualty & Surety, Inc.* |

1973482 v02

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PCH MUTUAL INSURANCE COMPANY, INC. | ) ) ) ) | |
| Plaintiff/Counter-Defendant, | ) ) | Civil Action No. 08-CV-0282-CKK |
| v. | ) ) | |
| CASUALTY & SURETY, INC., | ) ) | |
| Defendant/Counter-Claimant. | ) ) | |

**JOINT PROPOSED SCHEDULING ORDER**

In accordance with Fed. R. Civ. P. 16 and L. Civ. R. 16.4(b), the Court hereby ORDERS as follows:

1. Initial Disclosure.  The parties shall exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) by May 12, 2008.

2. Joinder of Parties/Amendment of Pleadings.  The parties shall join other parties and amend pleadings no later than May 31, 2008.

3. Discovery Period.  Discovery shall be completed by October 22, 2008.

4. Format of Documents Produced.  The parties shall produce all documents other than Microsoft Office Excel documents in Portable Document Format (.pdf), Tagged Image File Format (.tiff), or printed copies.  The parties shall produce Microsoft Office Excel documents in Microsoft Office Excel format (.xls).

5. Motions for Summary Judgment or Motions to Dismiss.  The parties shall file motions for summary judgment within thirty (30) days of close of discovery.  Oppositions to motion for summary judgment shall be filed within twenty (20) days of service of the

2

motion for summary judgment. Replies to oppositions to motions for summary judgment shall be filed within ten (10) days of service of the opposition to summary judgment.

6. <u>Pretrial Conference</u>. The court shall set a date and time for the pretrial conference no earlier than four (4) months from the close of discovery in a subsequent order.

7. <u>Trial.</u> The court shall set a date and time for the trial at the pretrial conference.

SO ORDERED.

This ____ day of May, 2008.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge