IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PCH MUTUAL INS. CO., INC., | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:08-cv-00282 CKK |
| | | [Judge Colleen Kollar-Kotelly] |
| CASUALTY & SURETY, INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF WITHDRAWAL OF APPEARANCE

CLERK:

Withdraw the appearance of James M. Connolly, Esquire and Irwin R. Kramer, Esquire as counsel for Defendant Casualty & Surety, Inc. in this action.

Jarrod B. Bazemore, Esquire, Alton B. Parker, Jr., Esquire, and Joseph Peter Drennan will continue as counsel for Defendant Casualty & Surety, Inc.

CASUALTY & SURETY, INC.

/s/
By: Greg Roberson, CFO

/s/
James M. Connolly (Bar No. 455140)

/s/
Irwin R. Kramer (Bar No. 418795)
*KRAMER & CONNOLLY*
Suite 211
500 Redland Court
Owings Mills, Maryland 21117
Tel.: (410) 581-0070
Fax: (410) 581-1524

E:\OFFICE\CASES\250-001\withdrawal_of_appearance.wpd