IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PCH MUTUAL INSURANCE COMPANY, INC. | ) ) ) ) | |
| Plaintiff/Counter-Defendant, | ) ) | Civil Action No. 08-CV-0282-CKK |
| v. | ) ) | |
| CASUALTY & SURETY, INC., | ) ) | |
| Defendant/Counter-Claimant. | ) ) | |
| _____ | ) | |

**PLAINTIFF-COUNTER DEFENDANT'S RULE 26(a)(1) DISCLOSURES**

Plaintiff/Counter-Defendant, PCH Mutual Insurance Company, Inc. ("PCH"), in the above-styled action hereby serve its Rule 26(a)(1) disclosures as follows:

**(A) Individuals Likely to Have Discoverable Information That PCH May Use to Support its Claims or Defenses**

Pursuant to Rule 26(a)(1)(A), the following are the individuals likely to have discoverable information that PCH may use to support its claims or defenses, and the subject of the information known by each.

(1)   Edgar Blumenfeld
      PCH Mutual Insurance Company
      Suite 850
      134 N. LaSalle Street
      Chicago, IL  60602
      (312) 346-2789
      ***Contact through counsel***

(2)   Jon Harkavy
      Risk Services LLC ("Risk Services")
      2233 Wisconsin Avenue, NW
      Suite 310
      Washington, DC 20007
      (202) 471-5944

1

*Contact through counsel*

(3)   Mike Rogers
      Risk Services
      1800 2nd Street- Suite 909
      Sarasota, FL 34236
      (941) 955-0793 Ext: 152
      *Contact through counsel*

(4)   Heather Ross
      Risk Services
      2233 Wisconsin Avenue, NW
      Suite 310
      Washington, DC 20007
      (202) 471-5944
      *Contact through counsel*

(5)   Troy Winch
      Risk Services
      1800 2nd Street- Suite 909
      Sarasota, FL 34236
      (941) 955-0793 Ext: 305
      *Contact through counsel*

(6)   Linda Villani
      Risk Services
      1800 2nd Street- Suite 909
      Sarasota, FL 34236
      (941) 955-0793 Ext: 316
      *Contact through counsel*

(7)   Teresa Matthews
      Risk Services
      1800 2nd Street- Suite 909
      Sarasota, FL 34236
      (941) 955-0793 Ext: 263
      *Contact through counsel*

(8)   Brian Barrick
      Personal Care & Assisted Living Insurance Center, LLC ("PCALIC")
      P.O. Box 933
      Hanover, PA 17331
      (800) 673-2558 Ext: 115

President of PCALIC, which is PCH's marketing and underwriting agent. He will testify regarding CSI's performance of the Administrative Services Agreement ("Agreement") between PCH and CSI.

(9) Lita Horvack
PCALIC
P.O. Box 933
Hanover, PA 17331
(800) 673-2558 Ext: 110

Underwriter and account manager at PCALIC. She will testify regarding CSI's performance of the Agreement between PCH and CSI and the handling of PCH premiums collected.

(10) Kathi Myers
PCALIC
P.O. Box 933
Hanover, PA 17331
(800) 673-2558 Ext: 113

Underwriter and account manager at PCALIC. She will testify regarding CSI's performance of the Agreement between PCH and CSI.

(11) Dawn Smith
PCALIC
P.O. Box 933
Hanover, PA 17331
(800) 673-2558 Ext: 111

Bookeeper at PCALIC. She will testify regarding handling of PCH premiums collected.

(12) Matthew C. Harvey
One Windsor Way
Pittsburgh, PA 15237
(412) 364-6411
*Contact through counsel*

President of PCH at the time the Administrative Services Agreement was signed until April 27, 2007. Current PCH Board member. He will testify regarding the formation of the Agreement.

**(B) Documents That PCH May Use to Support its Claims or Defenses**

(1) Administrative Services Agreement between PCH and Casualty & Surety, Inc. ("CSI"), which was filed as "Exhibit A" to PCH's complaint.

(2) PCH's Underwriting Guidelines, which was filed as "Exhibit B" to PCH's complaint.

(3) Letter from the Dana Sheppard at the District of Columbia's Department of Insurance, Securities, and Banking to Jon Harkavy, dated October 10, 2007, which was filed as "Exhibit C" to PCH's complaint.

(4) Electronic correspondence between PCH's agent, PCALIC, and CSI regarding untimely policy issuance. The correspondence is located on PCALIC's server.

(5) Electronic correspondence among PCH, PCALIC, Risk Services, and CSI regarding reinsurance placement and related reinsurance issues for PCH. The correspondence is located on PCALIC's and Risk Services' servers.

(6) Electronic correspondence among PCH, PCALIC, Risk Services, and CSI regarding collection and handling of premiums and capital contributions. The correspondence is located on PCALIC's and Risk Services' servers.

(7) Electronic correspondence between CSI and Risk Services regarding the drafting of the Agreement between PCH and CSI. The correspondence is located on Risk Services' server.

(8) PCALIC documentation (Excel sheet) of CSI's policy issuance, which is located on PCALIC's server.

(9) Documents produced by CSI.

**(C) Computation of Any Category of Damages**

**(1)** *Breach of Contract*

PCH bases its breach of contract claims on CSI's untimely issuance of policies and failure to be properly licensed as a managing general agent, both in violation of the Agreement. Due to these breaches, PCH suffered reputational damages among its existing and potential clients and compensated CSI for the issuance of policies it did not issue. These damages amount to approximately $30,000.

PCH also seeks the return of all fees retained by CSI while it abandoned its responsibilities. These damages amount to approximately $125,000. PCH may rely on financial documents located on Risk Services' and PCALIC's servers for the calculation of these damages. PCH may also rely on PCALIC's documentation of policy issuance that bear the nature and extent of the injuries suffered. PCH may also rely on financial documents produced by CSI.

**(2)** *Breach of Fiduciary Duty*

PCH's breach of fiduciary duty claim is based on CSI's self-dealing and wrongful diversion of funds from PCH by placing the funds in interest bearing accounts and retaining all interest earned on the funds without consent from PCH. PCH seeks to disgorge CSI of all benefits reaped by CSI in breach of its fiduciary duties. PCH estimates this amount to be approximately $50,000, but may rely upon

financial documents produced by CSI to quantify the amount of damages suffered.

**(3)** *Unjust Enrichment*

PCH will rely upon financial documents produced by CSI to calculate the damages PCH suffered as a result of CSI's wrongful diversion of funds.

**(D) Insurance Agreement that May Satisfy Judgment**

None.

This 12th day of May, 2008.

Respectfully submitted,

MORRIS, MANNING & MARTIN, L.L.P.

/s/
Robert H. Myers, Jr.
D.C. Bar No. 179242
1401 H Street NW
Suite 760
Washington, D.C. 20005
Tel: (202) 898-0011
Fax: (202) 408-5146

Lewis E. Hassett
Georgia Bar No. 336140
Admitted *Pro Hac Vice* 03/04/2008
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
Tel:  404-233-7000
Fax: 404-365-9532

*Attorneys for Plaintiff/Counter-Defendant PCH Mutual Insurance Company, Inc.*