IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *In re*: | : |
| PCH MUTUAL INSURANCE COMPANY, | : |
|     **Plaintiff,** | : |
|  versus | : Case No.: 1:08cv00282(CKK) |
| CASUALTY & SURETY, INC., | : |
|     **Defendant.** | : |

***DEFENDANT/COUNTER-PLAINTIFFS INITIAL DISCLOSURES UNDER RULE 26 (a) (1) OF THE FEDERAL RULES OF CIVIL PROCEDURE***

COMES NOW, before this Honorable Court, your defendant *cum* counter-plaintiff in the above-encaptioned cause, *viz.*, Casualty & Surety, Inc. (hereinafter referenced *qua* "CSI"), by and through its undersigned counsel, and herewith serves its *Initial Disclosures,* as required by Rule 26 (a) (1) of the Federal Rules of Civil Procedure, and coeval Local Civil Rule 26 (a), by respectfully directing the attention of this Honorable Court and opposing counsel to the following, *viz*.

**(A) Individuals Likely to Have Discoverable Information That CSI May Use to Support its Claims and Defenses :**

Identity of individuals likely to have relevant, discoverable information, and the corresponding subject(s) of the information believe to be known by each, *viz*.:

(1) Dave Condon
    Casualty & Surety of N.Y., Inc.
    4244 Ridge Lea Road
    Suite 32
    Amherst, New York 14228
    United States of America
    Telephone: (317) 837-8381;

  Mr. Condon is believed to have knowledge respecting, *inter alia*, the background of the subject business dealings between the parties to the instant litigation, and of those matters pleaded in CSI's *Answer* and *Counter-claim*;

(2) Jimmy Godfrey
 Casualty & Surety, Inc.
 100 Corporate Parkway
 Suite 350
 Birmingham, Alabama 35242
 United States of America
 Telephone: (205) 995-0713
 [*Please contact through undersigned counsel*];

  Mr. Godfrey is believed to have extensive knowledge respecting, *inter alia*, the background of the subject dealings between the parties to the instant litigation, and of those matters pleaded in CSI's *Answer* and *Counter-claim*;

(3) Rob Roberts
 Casualty & Surety, Inc.
 100 Corporate Parkway
 Suite 350
 Birmingham, Alabama 35242
 United States of America
 Telephone: (205) 995-0713
 [*Please contact through undersigned counsel*];

  Mr. Roberts is believed to have knowledge respecting, *inter alia*, the background of the subject business dealings between the parties to the instant litigation, and of those matters pleaded in CSI's *Answer* and *Counter-claim*; &

(4) Any of the individuals so designated by your plaintiff *cum* counter-defendant ("PCH") in respect of the latter's corresponding *Initial Disclosures*;

**(B) Documents That CSI May Use to Support its Claims or Defenses:**

(1) Electronic correspondence between CSI and PCH and Risk Services regarding the drafting of the subject Agreement (*see*: "Exhibit 'A'" to PCH's *Complaint*) between PCH and CSI and Risk Services, respecting the formation of the the subject business relation that was established, which correspondence is located on CSI's server;

(2) CSI financial projections (set forth on an Excel ® spreadsheet) of, *inter alia*, CSI's damages resulting from the breach, by PCH of the subject Agreement between the parties, with models of data respecting assumptions on annual growth rate in income in out years (id est, 2008 – 2014), at 10.00%, 35.00% & 61.84%, with the latter projection's being the actual annual growth rate in premium income, under the subject Agreement, prior to the breach thereof by PCH); &

(3) Any documents that may be designated by PCH in its corresponding *Initial Disclosures*;

**(C)  Computation of Any Category of Damages:**

CSI denies that PCH is entitled to *any* damages much less those claimed in PCH's Complaint. However, as regards its subject, contingent Counter-claim[1] against PCH, inter alia, as it was PCH, and not CSI, that breached the subject *Agreement*. Indeed, CSI will adduce proof that PCH precipitously initiated suit, in derogation of an express contractual cure notice provision, to say nothing of the covenant to arbitrate that is the subject of the currently pending Motion to Compel Arbitration. However, as regards the contingent Counter-claim that CSI has lodged herein, CSI claims compensatory damages of upwards of $38,835,601[2], based upon its computation of projected lost income, under the subject *Agreement* between it and PCH, based upon projected annual growth of 61.84% of premium income under the subject *Agreement*, under the remaining years of the *Agreement*, viz., 2008 – 2014.

**(D) Insurance Agreement That May Satisfy Judgment:**

None.

                                            Respectfully submitted,

                                            /s/ Joseph Peter Drennan
**JOSEPH PETER DRENNAN**
218 North Lee Street
Third Floor
Alexandria, Virginia 22314
Telephone: (703) 519-3773
Telecopier: (703) 548-4399
*E-mail:* joseph@josephpeterdrennan.com
District of Columbia Unified Bar No. 358196

Jarrod B. Bazemore, Esquire
Alton B. Parker, Jr., Esquire
Spain & Gillon, L.L.C.
The Zinszer Building
2117 Second Avenue North
Birmingham, Alabama 35203.

ATTORNEYS AND COUNSELLORS
 FOR CASUALTY & SURETY, INC.

---

1  The subject Counter-claim is characterized as "contingent" in light of CSI's pending Motion to Compel Arbitration.
2  Kindly note that said sum represents a subtotal that would necessitate adjustment, through application of the appropriate discounting algorithms, to present-day value, as of  the date of judgment. However, because a trial date has yet to be set, CSI cannot make such discounting adjustment presently.

## *CERTFICIATE OF SERVICE*

I, Joseph Peter Drennan, undersigned, hereby and herewith certify that, on this 12th day of the month of May, 2008, a true cyclostyled facsimile of the foregoing was despatched by carriage of First Class Post, through the United States Postal Service, with adequate postage prepaid thereon, enshrouded in a suitable wrapper, unto the following, *viz.*:

Lewis E. Hassett, Esquire
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326; &

Robert Holt Myers, Jr., Esquire
Morris, Manning & Martin
1401 "H" Street, N.W.
Suite 760
Washington, D.C. 20005-2034

      Respectfully submitted,

      /s/ Joseph Peter Drennan
      **JOSEPH PETER DRENNAN**