IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PCH MUTUAL INSURANCE COMPANY, INC., | ) ) ) |
| Plaintiff, | ) ) |
| versus | ) Case No. 1:08cv00282 (CKK) ) |
| CASUALTY & SURETY, INC., | ) ) |
| Defendant. | ) |

### ORDER *[proposed]*

Upon consideration of the Defendant's Renewed Motion to Stay Discovery Pending Resolution of the Defendant's Motion to Compel Arbitration, and, it appearing to the Court that the Motion is for good cause shown, and in the interests of justice, it is, hereby,

ORDERED that the said Motion be, and the same hereby is, GRANTED, and it is,

FURTHER ORDERED that discovery be, and hereby is, STAYED pending further notice from this Court.

SO ORDERED.

Dated: _____        _____

UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PCH MUTUAL INSURANCE COMPANY, INC., | ) ) ) |
| Plaintiff, | ) ) |
| versus | ) ) Case No. 1:08cv00282 (CKK) |
| CASUALTY & SURETY, INC., | ) ) ) |
| Defendant. | ) |

***ORDER [proposed]***

Upon consideration of the Defendant's Renewed Motion to Stay Discovery Pending Resolution of the Defendant's Motion to Compel Arbitration, and, it appearing to the Court that the Motion is for good cause shown, and in the interests of justice, it is, hereby,

ORDERED that the said Motion be, and the same hereby is, GRANTED, and it is,

FURTHER ORDERED that discovery be, and hereby is, STAYED pending further notice from this Court.

SO ORDERED.

Dated: _____        _____

UNITED STATES DISTRICT JUDGE