UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PCH MUTUAL INSURANCE
COMPANY, INC,

   Plaintiff,

     v.

CASUALTY & SURETY, INC.,

   Defendant.

Civil No. 08-282  (CKK)

**ORDER**
(August 5, 2008)

For the reasons set forth in the accompanying Memorandum Opinion, it is this 5th day of August, 2008, hereby

**ORDERED** that Plaintiff's [22] Motion for Leave to File a Sur-Reply is GRANTED; it is further

**ORDERED** that Defendant's [8] Motion to Compel Arbitration and Stay Proceedings is HELD IN ABEYANCE; it is further

**ORDERED** that the parties shall confer and, on or before August 15, 2008, shall submit to the Court in a joint status report a proposal and schedule for further proceedings to resolve the issue of whether the Agreement at issue in this case provides for mandatory arbitration of disputes.  The parties' proposal shall include a schedule for any discovery that may be appropriate or necessary to resolve the issue and a list of any proposed exhibits and witnesses that the parties would intend to call at a trial of the issue.  The parties' proposal should be cognizant of the Federal Arbitration Act's requirement that, having found that an issue of

arbitrability exists, the Court must "proceed summarily to the trial" of the issue; it is further

**ORDERED** that Defendant's [27] Motion to Stay Discovery is GRANTED-IN-PART. Specifically, all discovery related to the merits of this litigation is STAYED pending a resolution of the threshold arbitrability issue. The parties may, however, conduct discovery related to the issue of arbitrability, if such discovery is appropriate in proceeding to a trial of the issue. If that is the case, the parties should submit a joint discovery plan to the Court for its approval.

**SO ORDERED**.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge