IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PCH MUTUAL INSURANCE COMPANY, INC. )<br><br>Plaintiff/Counter-Defendant, )<br><br>v. )<br><br>CASUALTY & SURETY, INC., )<br><br>Defendant/Counter-Claimant. ) | Civil Action No. 08-CV-0282-CKK |

**JOINT STATUS REPORT FOR TRIAL ON ISSUE OF ARBITRABILITY**

1. Pursuant to this Court's Order of August 5, 2008, counsel for both parties conferred by telephone on August 14, 2008, to:

    a. Develop a discovery plan stating the parties' views and proposals; and

    b. Discuss a schedule for further proceedings to resolve the issue of whether the Agreement at issue in this case provides mandatory arbitration of disputes.

2. <u>Brief Summary of Dispute</u>:  Plaintiff is a risk retention group domiciled in the District of Columbia, and Defendant is an insurance brokerage firm domiciled in Alabama. Plaintiff and Defendant entered into an Administrative Services Agreement (the "Agreement"), under which Defendant was to perform certain services. Plaintiff subsequently terminated the Agreement and filed this suit. Defendant contends that the Agreement compels the parties to submit the dispute to binding arbitration. In its memorandum opinion of August 5, 2008, this Court found that "the making of the agreement for arbitration" is "in issue" and the Court must conduct further proceedings to determine the issue.

#2267588

3. <u>Facts or Legal Issues</u>: A factual issue in dispute is which party drafted the Agreement. The legal issue is whether the parties agreed to mandatory arbitration of disputes arising out of the Agreement.

4. <u>Assignment to Magistrate Judge</u>: The parties do not consent to the jurisdiction of and entry of judgment by the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

5. <u>Discovery Schedule</u>: The parties agree to the following discovery schedule:

   a. Respond to Mutual Requests for Document Production[1] by September 5, 2008. The parties agree to produce all documents other than Microsoft Office Excel documents in Portable Document Format (.pdf), Tagged Image File Format (.tiff), or printed copies. The parties agree to produce Microsoft Office Excel documents in Microsoft Office Excel format (.xls). The parties shall include a privilege log for any documents withheld on the grounds of privilege, pursuant to Federal Rules of Civil Procedure Rule 26(b)(5).

   b. Take depositions of Mr. David Condon and Mr. Jon Harkavy between September 15, 2008 and October 10, 2008.

   c. Take any additional depositions relevant to the issue of arbitrability between October 11, 2008 and October 31, 2008.

   d. File any additional briefs by November 7, 2008.

   e. File any replies to additional briefs by November 14, 2008.

6. <u>Witnesses</u>

   a. Plaintiff proposes to call any of the following witnesses at trial:

---

[1] [1] The parties have agreed to jointly draft Mutual Requests for Document Production that will contain substantially similar requests for document production.

#2267588

2

      i. Edgar Blumenfeld, President of PCH Mutual Insurance Company ("PCH")

      ii. Jon Harkavy, Counsel at Risk Services LLC ("Risk Services")

      iii. Mike Rogers, Risk Services

      iv. Troy Winch, Risk Services

      v. Brian Barrick, Personal Care & Assisted Living Insurance Center, LLC ("PCALIC")

      vi. Matthew Harvey, former President of PCH

  b. Defendant proposes to call any of the following witnesses at trial:

      i. Dave Condon, Casualty & Surety, Inc. ("CSI")

      ii. Rob Roberts, CSI

  c. The parties agree that during the course of discovery, the parties may learn of additional individuals who may provide information relevant to the issue of arbitrabiltiy, and, thus, the parties agree that they may call witnesses who are not listed herein.

7. <u>Exhibits</u>

  a. Plaintiff proposes to use any of the following exhibits at trial:

      i. The Agreement;

      ii. Any documents produced pursuant to the Mutual Requests for Document Production.

      iii. Transcripts of depositions taken in accordance with the discovery plan approved by this Court.

  b. Defendant proposes to use any of the following exhibits at trial:

    i. The Agreement;

    ii. Any documents produced pursuant to the Mutual Requests for Document Production.

    iii. Transcripts of depositions taken in accordance with the discovery plan approved by this Court.

8. <u>Pretrial Conference</u>:  The parties propose that the Court set the pretrial conference at the court's convenience but no earlier than November 28, 2008.

9. <u>Trial</u>: The parties request that the Court set a trial date at the pretrial conference.

This 15th day of August, 2008.

Respectfully submitted,

| MORRIS, MANNING & MARTIN, L.L.P. | /s/ |
|---|---|
| | Joseph Peter Drennan |
| /s/ | D.C. Bar Unified Bar No. 358196 |
| Robert H. Myers, Jr. | 218 North Lee Street |
| D.C. Bar No. 179242 | Third Floor |
| 1333 H Street NW | Alexandria, Virginia 22314 |
| Suite 820 | Tel: 703-519-3773 |
| Washington, D.C. 20005 | Fax: 703-548-4399 |
| Tel: 202-898-0011 | joseph@josephpeterdrennan.com |
| Fax: 202-408-5146 | |
| rmyers@mmmlaw.com | |
| | /s/ |
| /s/ | Jarrod B. Bazemore |
| Lewis E. Hassett | Admitted *Pro Hac Vice* 04/01/2008 |
| Georgia Bar No. 336140 | Alton B. Parker, Jr. |
| Admitted *Pro Hac Vice* 03/04/2008 | Admitted *Pro Hac Vice* 04/01/2008 |
| 1600 Atlanta Financial Center | SPAIN & GILLON, L.L.C. |
| 3343 Peachtree Road, N.E. | The Zinszer Building |
| Atlanta, Georgia 30326 | 2117 Second Avenue North |
| Tel:  404-233-7000 | Birmingham, Alabama 35203 |
| Fax: 404-365-9532 | Tel: 205-581-6235 |
| lhassett@mmmlaw.com | Fax: 205-324-8866 |
| | JBB@spain-gillon.com |
| *Attorneys for Plaintiff/Counter-Defendant* | |
| *PCH Mutual Insurance Company, Inc.* | *Attorneys for Defendant/Counter-Plaintiff* |
| | *Casualty & Surety, Inc.* |

#2267588

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PCH MUTUAL INSURANCE COMPANY, INC. | ) ) ) ) | |
| Plaintiff/Counter-Defendant, | ) ) | Civil Action No. 08-CV-0282-CKK |
| v. | ) ) | |
| CASUALTY & SURETY, INC., | ) ) | |
| Defendant/Counter-Claimant. | ) ) | |

**[JOINT PROPOSED] SCHEDULING ORDER FOR TRIAL ON ISSUE OF ARBITRABILITY**

In accordance with Fed. R. Civ. P. 16 and L. Civ. R. 16.4(b), the Court hereby ORDERS as follows:

1. Discovery Respecting Arbitrability.  The parties shall comply with the following discovery schedule:

    a. Respond to Mutual Requests for Document Production[1] by September 5, 2008.

    b. Take depositions of Mr. David Condon and Mr. Jon Harkavy between September 15, 2008 and October 10, 2008.

    c. Take any additional depositions relevant to the issue of arbitrability between October 11, 2008 and October 31, 2008.

    d. File any additional briefs by November 7, 2008.

    e. File any replies to additional briefs by November 14, 2008.

2. Scope of Discovery.  Discovery is limited to the issue of arbitrability, including but not limited to which party drafted the Administrative Services Agreement in question.

---

[1] The parties have agreed to jointly draft Mutual Requests for Document Production that will contain substantially similar requests for document production.

1

#2267653

3. <u>Format of Documents Produced.</u>  The parties shall produce all documents other than Microsoft Office Excel documents in Portable Document Format (.pdf), Tagged Image File Format (.tiff), or printed copies.  The parties shall produce Microsoft Office Excel documents in Microsoft Office Excel format (.xls).

4. <u>Objections to Production</u>.  The parties shall include a privilege log for any documents withheld on the grounds of privilege, pursuant to Federal Rules of Civil Procedure Rule 26(b)(5).

5. <u>Pretrial Conference</u>.  The parties propose that the Court set the pretrial conference at the court's convenience but no earlier than November 28, 2008.

6. <u>Trial.</u>  The court shall set a date and time for the trial at the pretrial conference.

SO ORDERED.

This ____ day of August, 2008.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge