UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PCH MUTUAL INSURANCE COMPANY, INC, <br><br> Plaintiff, <br><br> v. <br><br> CASUALTY & SURETY, INC., <br><br> Defendant. | Civil No. 08-282 (CKK) |

**SCHEDULING ORDER**
(August 26, 2008)

The Court has reviewed the parties' [32] Joint Status Report for Trial on Issue of Arbitrability. At the outset, the Court reminds that parties that the Federal Arbitration Act provides that "[i]f the making of the arbitration agreement . . . be in issue, the court *shall proceed summarily* to the trial thereof." 9 U.S.C. § 4 (emphasis added). In light of this instruction, the Court hereby **ORDERS** as follows:

1. All disclosures required by Federal Rule of Civil Procedure 26(a)(1) shall be made, and each trial witness shall be identified pursuant to Federal Rule of Civil Procedure 26(a)(3)(A), by not later than September 5, 2008;

2. The parties shall respond to their jointly drafted Mutual Requests for Document Production by September 5, 2008. All documents other than Microsoft Office Excel documents shall be produced in Portable Document Format (.pdf), Tagged Image File Format (.tiff), or printed copies. All Microsoft Office Excel documents shall be produced in Microsoft Office

Excel format (.xls);

    3.  With its response to the Mutual Requests for Document Production, each party shall include a privilege log for any documents withheld on the grounds of privilege, pursuant to Federal Rule of Civil Procedure 26(b)(5);

    4.  The depositions of Mr. David Condon and Mr. John Harkavy shall occur between September 15, 2008 and October 10, 2008;

    5.  The parties have not specifically identified any additional witnesses to be deposed, and have not indicated what testimony any of the six potential trial witnesses other than Messrs. Condon and Harkavy might offer. In the event that either party seeks to conduct depositions of witnesses other than Messrs. Condon and Harkavy, no later than October 14, 2008, that party shall apply to the Court for permission to do so, and shall explain the nature of the testimony the witness is expected to offer. In all events, depositions in this matter shall be completed by October 31, 2008;

    6.  Each party shall produce its final lists of witnesses and exhibits to the opposing party by not later than November 14, 2008;

    7.  After the service of final witness and exhibit lists, the parties shall, by not later than December 5, 2008, file any objections under Federal Rule of Civil Procedure 26(a)(3). The parties shall also file pre-trial briefs and conclusions of law by December 5, 2008;

    8.  In light of the instruction that the Court "proceed summarily to the trial" of the existence of a relevant arbitration agreement between the parties, no motions for summary judgment or other dispositive motions shall be filed;

    9.  A final Pretrial Conference shall be held at 9:00 a.m. on Monday, December 22, 2008;

10.  The Court shall schedule the bench trial on the issue of arbitrability at the Pretrial Conference.

**SO ORDERED**.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge