IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PCH MUTUAL INSURANCE COMPANY, INC. | ) ) ) ) |
| Plaintiff/Counter-Defendant, | ) ) |
| v. | Civil Action No. 08-CV-0282-CKK ) ) |
| CASUALTY & SURETY, INC., | ) ) |
| Defendant/Counter-Claimant. | ) ) ) |

## JOINT APPLICATION TO EXTEND TIME TO PRODUCE DOCUMENTS

COME NOW the plaintiff/counter-defendant, PCH Mutual Insurance Company, Inc. ("PCH"), and the defendant/counter-claimant, Casualty & Surety, Inc. ("CSI"), and hereby jointly apply to this Court for an Order extending through September 12, 2008, the time within which the parties must respond to their jointly drafted Mutual Requests for Document Production, showing the Court as follows:

1.   The parties' [32] Joint Status Report for Trial on the Issue of Arbitrability requested that the Court order the parties to respond to the Mutual Requests for Document Production by September 5, 2008, and the Court ordered such in its [33] Scheduling Order.

2.   The parties have required more time than anticipated to draft the Mutual Requests for Document Production, and, thus, request additional time to respond to the requests.

3.   Although this application contains a request for an additional week to respond to the Mutual Requests for Document Production, this request does not require the remaining deadlines in the Scheduling Order to be modified. The parties fully anticipate completing the depositions of Mr. David Condon and Mr. John Harkavy by October 10, 2008, as ordered.

#2292297

4. This is the first extension of time requested with respect to the trial on the issue of arbitrablity.

WHEREFORE, PCH and CSI pray that the Court extend through September 12, 2008, the deadline for the parties to respond to their jointly drafted Mutual Requests for Document Production.

This 5th day of September, 2008

Respectfully submitted,

MORRIS, MANNING & MARTIN, L.L.P.

/s/
Robert H. Myers, Jr.
D.C. Bar No. 179242
Cindy Chang
D.C. Bar No. 980937
1333 H Street NW
Suite 820
Washington, D.C. 20005
Tel: 202-898-0011
Fax: 202-408-5146
rmyers@mmmlaw.com

/s/
Lewis E. Hassett
Georgia Bar No. 336140
Admitted *Pro Hac Vice* 03/04/2008
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
Tel: 404-233-7000
Fax: 404-365-9532
lhassett@mmmlaw.com

*Attorneys for Plaintiff/Counter-Defendant PCH Mutual Insurance Company, Inc.*

/s/
Joseph Peter Drennan
D.C. Bar Unified Bar No. 358196
218 North Lee Street
Third Floor
Alexandria, Virginia 22314
Tel: 703-519-3773
Fax: 703-548-4399
joseph@josephpeterdrennan.com

/s/
Jarrod B. Bazemore
Admitted *Pro Hac Vice* 04/01/2008
Alton B. Parker, Jr.
Admitted *Pro Hac Vice* 04/01/2008
SPAIN & GILLON, L.L.C.
The Zinszer Building
2117 Second Avenue North
Birmingham, Alabama 35203
Tel: 205-581-6235
Fax: 205-324-8866
JBB@spain-gillon.com

*Attorneys for Defendant/Counter-Plaintiff Casualty & Surety, Inc.*