IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PCH MUTUAL INSURANCE COMPANY, INC.<br><br>   Plaintiff/Counter-Defendant,<br><br>v.<br><br>CASUALTY & SURETY, INC.,<br><br>   Defendant/Counter-Claimant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 08-CV-0282-CKK<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF/COUNTER-DEFENDANT'S RULE 26(a)(1) AND RULE 26(a)(3)(A)
<u>DISCLOSURES FOR TRIAL ON ARBITRABLITY</u>**

Plaintiff/Counter-Defendant, PCH Mutual Insurance Company, Inc. ("PCH"), in the above-styled action, in accordance with this Court's Scheduling Order of August 26, 2008, hereby serves its Rule 26(a)(1) and Rule 26(a)(3)(A) disclosures as follows:

**(A) Individuals Likely to Have Discoverable Information That PCH May Use to Support its Claims or Defenses**

Pursuant to Rule 26(a)(1)(A), the following are the individuals likely to have discoverable information that PCH may use to support its claims or defenses, and the subject of the information known by each.

   (1)   Edgar Blumenfeld
         PCH Mutual Insurance Company
         Suite 850
         134 N. LaSalle Street
         Chicago, IL  60602
         (312) 346-2789
         ***Contact through counsel***

Current President of Board of PCH with knowledge of recent communications and course of dealings between Casualty & Surety, Inc. ("CSI"), and PCH.

1

(2)     Jon Harkavy
        Risk Services LLC ("Risk Services")
        2233 Wisconsin Avenue, NW
        Suite 310
        Washington, DC 20007
        (202) 471-5944
        *Contact through counsel*

General Counsel of PCH's captive manager, Risk Services, who has knowledge regarding the drafting of the Administrative Services Agreement (the "Agreement") and the formation of PCH.

(3)     Troy Winch
        Risk Services
        1800 2nd Street- Suite 909
        Sarasota, FL 34236
        (941) 955-0793 Ext: 305
        *Contact through counsel*

Member of Risk Services' captive management team for PCH and involved with the formation of PCH, communicating with CSI regarding PCH, and coordinating submission of required regulatory filings.

(4)     Brian Barrick
        Personal Care & Assisted Living Insurance Center, LLC ("PCALIC")
        P.O. Box 933
        Hanover, PA 17331
        (800) 673-2558 Ext: 115

President of PCALIC, which is PCH's marketing and underwriting agent. He was involved in the formation of PCH and is knowledgeable about the parties involved and the respective roles each played in the formation of PCH.

(5)     Matthew C. Harvey
        One Windsor Way
        Pittsburgh, PA 15237
        (412) 364-6411

*Contact through counsel*

President of PCH at the time the Agreement was signed until April 27, 2007. He is a current PCH Board member. He has knowledge regarding the formation of PCH and how he was presented with the Agreement.

**(B) Documents That PCH May Use to Support its Claims or Defenses**

(1) Administrative Services Agreement between PCH and Casualty & Surety, Inc. ("CSI"), which was filed as "Exhibit A" to PCH's complaint.

(2) Electronic correspondence between CSI, PCALIC, and Risk Services regarding the drafting of the Agreement and the roles each party played in the formation of PCH. The correspondence is located on Risk Services', PCALIC's, and CSI's servers.

(3) Documents produced by CSI.

**(C) Computation of Any Category of Damages—**For this trial on arbitrability, a computation of damages is not applicable.

**(D) Insurance Agreement that May Satisfy Judgment**

None.

**(E) Disclosure of Witnesses**

    **(1) Expected To Present**

        (i) Jon Harkavy—address and telephone number provided above.

        (ii) Troy Winch—address and telephone number provided above.

        (iii) Brian Barrick—address and telephone number provided above.

    **(2) May Call If the Need Arises**

        (i) Matthew Harvey—address and telephone number provided above.

(ii) Edgar Blumenfeld—address and telephone number provided above.

This 5th day of September, 2008.

        Respectfully submitted,

        MORRIS, MANNING & MARTIN, L.L.P.

        _____/s/_____
        Robert H. Myers, Jr.
        D.C. Bar No. 179242
        Cindy Chang
        D.C. Bar No. 980937
        1333 H Street NW
        Suite 820
        Washington, D.C. 20005
        Tel: (202) 898-0011
        Fax: (202) 408-5146

        Lewis E. Hassett
        Georgia Bar No. 336140
        Admitted *Pro Hac Vice* 03/04/2008
        1600 Atlanta Financial Center
        3343 Peachtree Road, N.E.
        Atlanta, Georgia 30326
        Tel:  404-233-7000
        Fax: 404-365-9532

        *Attorneys for Plaintiff/Counter-Defendant PCH Mutual Insurance Company, Inc.*