IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *In re*: | : |
| PCH MUTUAL INSURANCE COMPANY, | : |
|     **Plaintiff,** | : |
|  versus | : Case No.: 1:08cv00282(CKK) |
| CASUALTY & SURETY, INC., | : |
|     **Defendant.** | : |

*DEFENDANT/COUNTER-PLAINTIFFS INITIAL DISCLOSURES FOR TRIAL ON THE QUESTION OF ARBTRABILITY*

COMES NOW, before this Honorable Court, your defendant *cum* counter-plaintiff in the above-encaptioned cause, *viz.*, Casualty & Surety, Inc. (hereinafter referenced *qua* "CSI"), by and through its undersigned counsel, and, in accordance with this Honorable Court's 26 August 2008 Scheduling Order [Document #33]. and the provisions of Rule 26 (a) (1) & 26 (a) (3) (A), of the Federal Rules of Civil Procedure, by respectfully directing the attention of this Honorable Court and opposing counsel to the following Initial Disclosures, *viz*.

**(A) Individuals Likely to Have Discoverable Information That CSI May Use to Support its**

    **Claims and Defenses :**

Identity of individuals likely to have relevant, discoverable information, and the corresponding subject(s) of the information believe to be known by each, *viz.*:

(1) Dave Condon
    Casualty & Surety of N.Y., Inc.
    4244 Ridge Lea Road
    Suite 32
    Amherst, New York 14228
    United States of America
    Telephone: (317) 837-8381;

    Mr. Condon is believed to have knowledge respecting, *inter alia*, the background of the subject business dealings between the parties to the instant litigation, and of the formation of PCH and of the genesis of the subject Agreement;

(2) Jimmy Godfrey
    Casualty & Surety, Inc.
    100 Corporate Parkway
    Suite 350
    Birmingham, Alabama 35242
    United States of America
    Telephone: (205) 995-0713
    [*Please contact through undersigned counsel*];

    Mr. Godfrey is believed to have knowledge respecting, *inter alia*, the background of the subject dealings between the parties to the instant litigation, and of the formation of PCH and the genesis of the subject Agreement; &

(3) Mike Rogers
    Risk Services, L.L.C.
    1800 Second Street, Suite 909
    Sarasota, Florida 34236
    Telephone: (941) 955-0793, ext. #152;

    Mr. Rogers is believed to possess knowledge concerning the formation of PCH and the drafting of the subject Agreement; &

(4) Any of the individuals so designated by your plaintiff *cum* counter-defendant ("PCH") in respect of the latter's corresponding *Initial Disclosures*;

**(B) Documents That CSI May Use to Support its Claims or Defenses:**

(1) Electronic correspondence between and among CSI and PCH and Risk Services regarding the drafting of the subject Agreement (*see*: "Exhibit 'A'" to PCH's *Complaint*) between PCH and CSI and Risk Services, respecting the formation of the the subject business relation that was established, which correspondence is located on CSI's server; &

(2) Any documents that may be designated by PCH in its corresponding *Initial Disclosures*;


**(C) Computation of Any Category of Damages:** Not applicable as the trial to be had is delimited to the issue(s) pertaining to the genesis of the subject Agreement;


**(D) Insurance Agreement That May Satisfy Judgment:** Not applicable;

2

**(E) Disclosure of Witnesses:**

  **(1.) Expected to be Called**:

 (i.) Dave Condon (contact information furnished *supra*);

 (ii.) Jimmy Godfrey  (contact information furnished *supra*); &

 (iii.) Any witnesses that may be called or designated by your plaintiff *cum* counter-defendant.;

  **(2.) May Call:**

 (i.) Mike Rogers (contact information furnished *supra*).

  (ii.) Any other and further witnesses whose testimony may become indicated for rebuttal and or impeachment.

                                            Respectfully submitted,


                    /s/ Joseph Peter Drennan
**JOSEPH PETER DRENNAN**
218 North Lee Street
Third Floor
Alexandria, Virginia 22314
Telephone: (703) 519-3773
Telecopier: (703) 548-4399
*E-mail:* joseph@josephpeterdrennan.com
District of Columbia Unified Bar No. 358196

Jarrod B. Bazemore, Esquire
Alton B. Parker, Jr., Esquire
Spain & Gillon, L.L.C.
The Zinszer Building
2117 Second Avenue North
Birmingham, Alabama 35203.

ATTORNEYS AND COUNSELLORS
 FOR CASUALTY & SURETY, INC.

*CERTFICIATE OF SERVICE*

I, Joseph Peter Drennan, undersigned, hereby and herewith certify that, on this 5th day of the month of September, 2008, a true cyclostyled facsimile of the foregoing was despatched by carriage of First Class Post, through the United States Postal Service, with adequate postage prepaid thereon, enshrouded in a suitable wrapper, unto the following, *viz.*:

Lewis E. Hassett, Esquire
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326; &

Robert Holt Myers, Jr., Esquire
Morris, Manning & Martin
1401 "H" Street, N.W.
Suite 760
Washington, D.C. 20005-2034

      Respectfully submitted,

       /s/ Joseph Peter Drennan
      **JOSEPH PETER DRENNAN**